NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL HAGAN,                        )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D17-4769
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Neil A. Roddenbery,
Judge.

Michael Hagan, pro se.

PER CURIAM.

        Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Tingley v.
State, 549 So. 2d 649 (Fla. 1989); DuBoise v. State, 520 So. 2d 260 (Fla. 1988); Tucker
v. State, 459 So. 2d 306 (Fla. 1984); State v. King, 426 So. 2d 12 (Fla. 1982);
Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Desmond v. State, 576 So. 2d
743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); McMillan v.
State, 832 So. 2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA
1998).

SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.